UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07CR 0843**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| RONDELL FREEMAN, *et al.* | ) | |

**FILED DEC 17 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### GOVERNMENT'S MOTION TO SEAL THE CRIMINAL COMPLAINT, ARREST WARRANTS, AND ALL ACCOMPANYING AFFIDAVITS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that the criminal complaint, arrest warrants, and all accompanying affidavits, be sealed until noon on Tuesday, December 18, 2007.

In support thereof, the government hereby states as follows: disclosure of the information contained in the aforementioned filings could reveal the existence of the government's investigation to others, disclose the existence of confidential sources, and hinder subsequent undercover cooperation by the targets of this investigation, as well as jeopardize the safety of law enforcement personnel.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: RACHEL M. CANNON
Assistant U.S. Attorney
219 South Dearborn, Rm. 500
Chicago, Illinois 60604
(312) 353-5357