

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐  YES X    If the answer is "Yes", list the case number and title of the earliest filed complaint: *07CR 843, U.S. v. Rondell Freeman, AKA "Nightfall," "Fall", Schenkier*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X  YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information?  NO X    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X    YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?     NO X    YES ☐

6) What level of offense is this indictment or information?     FELONY X    MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?     NO ☐    YES X

8) Does this indictment or information include a conspiracy count?     NO ☐    YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide . . . . . . . . . . (II) | ☐ Income Tax Fraud . . . . . . . . (II) | ☐ ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust . . . . . . (II) | ☐ Postal Fraud . . . . . . . . . (II) | ☐ Miscellaneous General Offenses . . . (IV) |
| ☐ Bank robbery . . . . . . . . (II) | ☐ Other Fraud . . . . . . . . . (III) | ☐ Immigration Laws . . . . . . . . . (IV) |
| ☐ Post Office Robbery . . . . (II) | ☐ Auto Theft . . . . . . . . . (IV) | ☐ Liquor, Internal Revenue Laws . . . (IV) |
| ☐ Other Robbery . . . . . . . . (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws . . . . . . . . . (IV) |
| ☐ Assault . . . . . . . . . . . . (III) | ☐ Forgery . . . . . . . . . (III) | ☐ Motor Carrier Act . . . . . . . . . (IV) |
| ☐ Burglary . . . . . . . . . . . (IV) | ☐ Counterfeiting . . . . . . . . . (III) | ☐ Selective Service Act . . . . . . . . (IV) |
| ☐ Larceny and Theft . . . . . (IV) | ☐ Sex Offenses . . . . . . . . . (II) | ☐ Obscene Mail . . . . . . . . . . . (III) |
| ☐ Postal Embezzlement . . . . (IV) | ☐ DAPCA Marijuana . . . . . . . . (III) | ☐ Other Federal Statutes . . . . . . . . (III) |
| ☐ Other Embezzlement . . . . (III) | X DAPCA Narcotics . . . . . . . . (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    **Title 18, United States Code, § 922(g), 2 and 924(c). Title 21 United States Code, § 841(a)(1), 846 and 843(b)**

# FILED

APR 16 2008  TC

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**
(revised 12/99)

_Rachel Cannon_
RACHEL CANNON
Assistant United States Attorney

07CR    843

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE SCHENKIER