UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 843-5 |
| v. ) | |
| ) | Hon. Joan Lefkow |
| DEMARQUIS WILLIAMS ) | |

GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Drug Conviction To Be Relied Upon In Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a):

In the event that the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the following conviction for a felony drug offense which became final prior to the commission of the offense charged in Count One of the indictment:

On or about May 8, 2006, defendant was found guilty of manufacturing/delivery of fifteen to one-hundred grams of cocaine or an analog thereof, in violation of 720 ILCS 570/401(a)(2)(A) in the Circuit Court of Cook County, in case number 06 CR 051901 and sentenced to eighteen months' probation for this offense.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    /s/ Kruti Trivedi
Kruti Trivedi
Assistant United States Attorney
219 S. Dearborn Street - 5th Floor
Chicago, Illinois  60604
(312) 353-5323