## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 5 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Demarquis Williams | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant ackowledges receipt of the indictment and waives formal reading.  Defendant enters a plea of not guilty to all counts of the indictment.  Status hearing is set for 4/30/2008 at 9:00 a.m. Government's oral motion to exclude time is granted.  The period beginning 4/23/2008 through 4/30/2008 is excluded in the interest of justice pursuant to 18.3161(h)(8)(A)(B).   X-T

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|