IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 07--CR- 843 |
| | ) | **Judge Joan Lefkow** |
| **DEMARQUIS WILLIAMS,** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

TO:    United States Attorney's Office
       AUSA Rachel Cannon
       219 South Dearborn St.
       Chicago, Illinois 60604

      I, ELLEN R. DOMPH, Attorney at Law, hereby certify that I hand delivered/

*electronically served* /mailed/ faxed copies of **PRETRIAL MOTIONS** to the above mentioned

persons on the August 20, 2008.



S/ELLEN R. DOMPH



ELLEN R. DOMPH
53 W. Jackson Blvd.
Suite 1544
Chicago, Illinois 60604
(312) 922-2525